UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOPHONLATH MONTRY, | Case No. CV 08-0064-TJH (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| MICHAEL MUKASEY, et al., | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 2/26/08

Terry J. Hatter, Jr.
United States District Judge